712 A.2d 281

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Willie COPLIN, Appellant.**

Supreme Court of Pennsylvania.

July 20, 1998.

John W. Packel, Anne L. Saunders, for Willie Coplin.

Catherine Marshall and Karen A. Brancheau, Philadelphia, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM:

The appeal is dismissed as having been improvidently granted.